**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-2063**
_____

CONNELL DONES,

                    Plaintiff – Appellant,

         v.

MEGAN J. BRENNAN,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, Senior District
Judge.  (8:12-cv-03369-DKC)

_____

Submitted:  January 17, 2017        Decided:  January 19, 2017

_____

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Connell Dones, Appellant Pro Se. Tarra DeShields Minnis, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Connell Dones appeals the verdict entered in favor of the defendant with respect to Dones' employment discrimination complaint. Giving liberal interpretation to Dones' informal appellate brief, <u>Erickson v. Pardus</u>, 551 U.S. 89, 94 (2007) (per curiam), he does not contest the district court's orders granting in part defendant's motion to dismiss and granting in part defendant's motion for summary judgment. <u>See</u> 4th Cir. R. 42(b). Instead, Dones only challenges the sufficiency of the evidence supporting the jury's verdict on one claim. Because Dones failed to file either a Fed. R. Civ. P. 50 or 59(a) motion within 28 days of the judgment, any challenge to the sufficiency of the evidence is foreclosed. <u>See</u> <u>Belk, Inc. v. Meyer Corp., U.S.</u>, 679 F.3d 146, 154-60 (4th Cir. 2012) (noting that postverdict motion challenging jury's verdict as to sufficiency of evidence is necessary to preserve issue for appeal). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>